**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| HAMMERHEAD GROUP, LLC;<br>BROEKHOF USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION;<br>RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | ) | Case No. 25-00873 |

**LIST OF AMENDMENTS TO COMPLAINT**

Plaintiffs, Hammerhead Group, LLC and Broekhof USA, INC., present a redlined Amended Complaint containing the following revisions:

- Addition of Broekhof USA, INC. *See* Amended Complaint ¶ 1, 12.
- Updated complaint to reflect ruling in *Learning Resources, Inc. v. Trump*, No. 24-1287, slip op. at 20 (U.S. Feb. 20, 2026). *See* Amended Complaint ¶ 4, 5, 8, 9, 18, 20, 27, 33, 52-55, 57, 58, 61, 62, and Prayer For Relief ¶ 1, 3.

Respectfully submitted,

/s/ *Gregory Husisian*

Gregory Husisian
Lindsey Zirkle
FOLEY & LARDNER LLP
3000 K Street, NW

Suite 600
Washington, D.C. 20007-5101
(202) 945-6149 (GH)
(202) 295-4182 (LZ)
ghusisian@foley.com
lzirkle@foley.com

John Turlais
Parker White
FOLEY & LARDNER LLP
777 E. Wisconsin Ave.
Suite 3800
Milwaukee, WI 53202
(414) 297-5584 (JT)
(414) 297-5388 (PW)
jturlais@foley.com
pwhite@foley.com

Dated: September 17, 2026

*Counsel to Hammerhead Group, LLC and Broekhof USA, INC.*